

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | No. 08-21-00146-CR |
|---|---|---|
| EUGENIO L. RODRIGUEZ, | § | Appeal from the |
| Appellant, | § | 109th District Court |
| v. | § | of Andrews County, Texas |
| THE STATE OF TEXAS, | § | (TC# 1532) |
| State. | § | |
| | § | |

**O R D E R**

The supplemental clerk's record (1 volume) containing the trial court's findings containing the appointment of Arthur "Artie" Aguilar Jr. pursuant to this Court's order of January 14, 2022 has this day been filed. The Appellant's brief is now due April 7, 2022.

IT IS SO ORDERED this 8th day of March, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.